UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LESTER CHARLES VEREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| UNITED STATES OF AMERICA, ) | No. 5:14-CV-197-FL |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on June 4, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915A. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on June 4, 2014, and Copies To:**

Lester Charles Vereen (via U.S. Mail) Harnett Correctional Institution,
                                 PO Box 1569, Lillington, NC 27546

June 4, 2014                      JULIE A. RICHARDS, CLERK
                                             /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk